**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:24 CV 1155 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | Re: ECF No. 63 |
| CO GUARD ANDIMAR, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Presently before the Court is the "Motion to Correct False Allegations in Claim and Evidence" (the "Motion") filed by Plaintiff Michael Allen ("Plaintiff"), an inmate at the State Correctional Institution at Huntington ("SCI-Huntington"). ECF No. 63. In the Motion, Plaintiff raises a number of issues relative to discovery in this case. For the reasons that follow, Plaintiff's Motion is denied.

At the outset, the Court notes that the initial period of discovery in this case was set to conclude on July 17, 2026. ECF No. 49. On that date, the Court granted an extension of discovery until August 17, 2026. ECF Nos. 52 and 53. Discovery was again extended to October 30, 2026. ECF Nos. 61 and 62. That deadline remains in place.

Turning to the substance of the Motion, Plaintiff complains that Defendants are incorrect that he has not filed grievances relative to events at issue in this case, and states that he requested that the Captain of SCI-Green Security to preserve video contents and accuses unknown employees at SCI-Dallas of taking copies grievances and/or exhibits he had placed for mailing, which should have been filed with his legal claims.

Upon review, the Court recognizes that grievances were attached to Plaintiff's Complaint. ECF No. 4-2. The Court cannot independently verify Plaintiff's statements that grievances were

misappropriated. Defendants have filed a Certificate of Compliance, in which they stated they have provided Plaintiff with all records in their possession regarding Plaintiff that relate to the claims in his Complaint. ECF No. 50. Further, the Court notes that Defendants have previously filed a Response to Plaintiff's Motion to Compel in which they stated that counsel requested any video footage pertaining to the incidents alleged in the operative complaint but no video was preserved as no grievance was received by that institution relative to the alleged incident. ECF No. 60 at 2. As to the requested video footage, the Court cannot order Defendants to produce video that they did not possess and had no reason to preserve given the absence of a grievance. Id.

Plaintiff also states he has not seen a letter or statement from Judge Colville, however, no such statement is appropriate or necessary because Defendants provided to Plaintiff a copy the sworn testimony of Security Captain Hintemeyer. Id. To the extent Defendants have not yet provided the statement to Plaintiff, they are directed to do so, and shall file a Notice of Compliance within 7 days of entry of this order confirming it has been sent.

Plaintiff refers to recent awareness that Defendants have a video of him near a water fountain threatening to go to the bathroom at SCI-Pine Grove, which he has not seen yet. The Court presumes Defendants will show the video to Plaintiff.

For the reasons set forth herein, the Motion to Compel Discovery is denied.

AND NOW, this 16th day of October, 2026, IT IS HEREBY ORDERED that Plaintiff's Motion to Correct False Allegations in Claim and Evidence, ECF No. 63, is DENIED.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order. Any

appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to file a timely appeal will constitute a waiver of any appellate rights.

BY THE COURT:

***/s/ Maureen P. Kelly***
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: Michael Allen
LT-8785
SCI HUNTINGDON
1100 Pike Street
Huntingdon, PA 16652

Counsel for all parties via CM/ECF